# LIBERTY & FREEDOM
## LEGAL GROUP
Empowering YOUR Voice through Civil Rights Advocacy

June 10, 2025

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: *Bruckauf et al. v. Aviles-Ramos et al.*, 25-CV-00420 (KPF)

Dear Judge Failla:

    As you may recall, the undersigned represents the Plaintiffs in the above-referenced matter, brought under, *inter alia*, the Individuals with Disabilities Education Act ("IDEA"). Pursuant to the Court's May 9, 2025 Text Order, Plaintiff was to submit a First Amended Complaint. Due to recent disruptions in the firm's practice as the result of a number of departures of firm personnel, Plaintiff was unable to meet the filing deadline of June 9, 2025. Plaintiff has, however, filed the FAC and respectfully requests that the Court accept this late submission. Plaintiff's counsel has not conferred with Defendant's counsel prior to this request, but is willing to give additional time to Defendant to respond and adjust the letter briefing schedule previously ordered by this Court accordingly. *See* Text Order May 9, 2021.

    Plaintiff thanks the Court for its kind consideration and courtesies in this matter.

    Respectfully submitted,

    /s/ Kenneth Willard

    Kenneth Willard, Esq.

    Cc:   All Counsel of Record via ECF.

1

**Address:**
300 East 95th Street
Suite 130
New York, NY 10128

**Phone:**
646-850-5035

Application GRANTED. Defendants are directed to file their letter regarding next steps in this matter on or before **June 24, 2025,** and Plaintiffs are directed to file their response on or before **June 30, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:    June 16, 2025
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE