UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIVER BRUCKAUF, *as Parent and Natural Guardian of E.B., a minor* and OLIVER BRUCKAUF, *Individually*,

                Plaintiffs,

                -v.-

NEW YORK CITY DEPARTMENT OF EDUCATION and MELISSA AVILES-RAMOS, *in her official capacity as Chancellor of NYC Department of Education*,

                Defendants.

25 Civ. 420 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has reviewed the Amended Complaint and the parties' letters filed at docket entries 17, 20, and 21.

    Accordingly, the Court sets the following schedule for Defendants' motion to dismiss. Defendants shall file their motion to dismiss on or before **August 12, 2025**. Plaintiffs shall file any opposition on or before **September 2, 2025**. Defendants shall file any reply on or before **September 9, 2025**.

    Because the contemplated motion, if granted, would be dispositive of the case, the Court stays discovery for the pendency of the motion.

    SO ORDERED.

Dated:  July 18, 2025
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge