**LIBERTY & FREEDOM**
**LEGAL GROUP, LTD**

June 3, 2026

**VIA ECF**

Hon. Katherine Polk. Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



      **Re: *Bruckauf et al. v. Avilés-Ramos et al.*, 25-cv-420 (KPF)**

Dear Judge Failla:

      The undersigned represents the Plaintiff in the above-referenced matter, which was brought under the Individuals with Disabilities Education Act (IDEA).

      As the Court is aware, this appeal is to be resolved based on a certified administrative record. The record contains extensive personally identifiable information, as well as medical and educational information concerning Plaintiff E.B.

      Accordingly, and pursuant to Your Honor's May 1, 2026, Memo Endorsement [Dkt. No. 35], Plaintiff respectfully submits this notice that the Certified Administrative Record will be filed under seal concurrently with Plaintiff's Motion for Summary Judgment.

      The Plaintiff thanks the Court for its courtesy and consideration in this matter.

Respectfully submitted,

*Rory J. Bellantoni*

Rory J. Bellantoni, Esq. (RB2901)

Cc: All Counsel of Record via ECF.

646-850-5035 | 105 East 34th Street, #190 New York, NY 10016 | LibertyFreedom.law

Application GRANTED.

The Clerk of Court is directed to maintain the Certified Administrative Record filed at docket entry 41 under seal, viewable to the Court and the parties only.  The Clerk of Court is also directed to terminate the pending motions at docket entries 40 and 41.

Dated:    June 4, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE